JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNQI CHEN,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID RADEL et al.,<br><br>      Defendants. | Case No. 2:24-cv-01403-SB-MAR<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered June 11, 2024, Plaintiff Junqi Chen's claims are dismissed without prejudice.

This is a final judgment.

Date: June 14, 2024

                                                                       Stanley Blumenfeld, Jr.
                                                                 United States District Judge